IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. WALKER,

    Plaintiff,

vs.                                                CASE NO. 4:06cv553-MP/WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

It is **RECOMMENDED** that Defendant's Consent Motion to Dismiss, doc. 31, be **GRANTED** and the complaint be **DISMISSED** because the proceedings on remand are complete and Plaintiff requested that his complaint be dismissed.  Doc. 31, p. 1.

**IN CHAMBERS** at Tallahassee, Florida, on June 20, 2008.

                                              s/    William C. Sherrill, Jr.
                                              **WILLIAM C. SHERRILL, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**