IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM A. WALKER,

      Plaintiff,

v.                                                                    CASE NO. 4:06-cv-00553-MP-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 32, Report and Recommendation of the

Magistrate Judge, which recommends that the Commissioner's Motion to Dismiss, Doc. 31, be

granted.  The Magistrate Judge filed the Report and Recommendation on Friday, June 20, 2008.

The parties have been furnished a copy of the Report and Recommendation and have been

afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section

636(b)(1), this Court must make a de novo review of those portions to which an objection has

made.  No objections to the Report and Recommendation have been filed.

Defendant requests that the complaint be dismissed because the proceedings on remand

are complete, during which Plaintiff requested that this complaint be dismissed.  Therefore,

having considered the Report and Recommendation, and the lack of objections, I have

determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, Doc. 32, is adopted and
incorporated by reference in this order.

2.      Defendant's Consent Motion to Dismiss, Doc. 31, is GRANTED and the
complaint is DISMISSED.

**DONE AND ORDERED** this   *25th* day of July, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge